DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAMERON S. BORICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON S. BORICK, <br><br> Defendant. | No. 6:08-mj-00237 MJS <br><br> UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD; AND ORDER THEREON |

    Jeremy S. Kroger, Assistant Federal Defender, and counsel of record for Defendant in the above-entitled case, hereby moves for an order allowing him to withdraw as counsel of record. In support of this motion it is averred as follows:

    1. Counsel has been unable to communicate with Defendant. All correspondence forwarded to his last known address have been returned by the U.S. Post Office. Counsel has no current address or phone number.

    2. Based on Defendant's failure to appear at his review hearing and counsel's inability to reach Defendant, the Court issued an arrest warrant at the hearing held on May 13, 2010.

///

///

///

1    3. Counsel for Defendant has conferred with counsel for the government, and the government does
2  not oppose this Motion.
3    For the above reasons, present counsel requests that he be relieved as attorney of record.
4    DATED:  May 13, 2010

Respectfully requested,

DANIEL J. BRODERICK
Federal Defender


___/s/_____
JEREMY S. KROGER
Assistant Federal Defender
Counsel for Defendant
CAMERON S. BORICK

**O R D E R**

**IT IS SO ORDERED.**  Effective immediately, The Office of the Federal Defender is relieved as counsel for Defendant, Cameron S. Borick.


IT IS SO ORDERED.

**Dated:   May 14, 2010**            _____/s/ **Dennis L. Beck**_____
                                     UNITED STATES MAGISTRATE JUDGE

Borick - Motion to Withdraw as Counsel                2